# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MESA MARKETPLACE CENTER, LLC | | |
| **Case Number:** | 2:20-BK-01335-PS | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 27, 2020 10:00 AM 6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | PAUL SALA | | |
| **Courtroom Clerk:** | MARGARET KELLY | | |
| **Reporter / ECR:** | TAYLER CARTER | | |

## *Matter:*

EXPEDITED HEARING FOR FIRST DAY MOTIONS FILED BY MESA MARKETPLACE CENTER, LLC .

**R / M #:** 21 / 0

## *Appearances:*

JAMES WEBSTER, ATTORNEY FOR MESA MARKETPLACE CENTER, LLC
CHRISTOPHER J PATTOCK, ATTORNEY FOR U.S. TRUSTEE
ROBERT L STEWART, JR, ATTORNEY FOR SMS FINANCIAL STRATEGIC INVESTMENTS, LLC
KORTNEY K OTTEN, ATTORNEY FOR PACIFIC GLOBAL BANK

## *Proceedings:*

Mr. Webster updates the Court on the cash collateral issues. He requests an interim order and will file an amended budget. Mr. Webster provides the details of the amended budget and answers questions raised by the Court.

Mr. Stewart responds that the agreed payment to SMS Financial is $17,766.00 and will be applied to the SMS debt. He notes that there may be an issue with the valuation of the property and discussion ensues regarding the principal and interest payment.

Ms. Otten states that Pacific Global Bank does not object to the motion.

Mr. Pattock has nothing to add.

COURT: FOR REASONS STATED ON THE RECORD, IT IS ORDERED APPROVING, ON AN INTERIM BASIS, THE REQUESTED USE FOR CASH COLLATERAL, SUBJECT TO A BUDGET ATTACHED TO A FORM OF ORDER TO BE PROVIDED TO THE COURT AND SIGNED OFF ON BY PACIFIC GLOBAL BANK AND SMS FINANCIAL STRATEGIC INVESTMENTS, INC.

COURT: IT IS FURTHER ORDERED SETTING A CONTINUED FINAL HEARING ON CASH COLLATERAL FOR MARCH 17, 2020 AT 11:00 A.M. IF NO OBJECTIONS ARE FILED TO THE PROPOSED CASH COLLATERAL ORDER, THE CONTINUED HEARING WILL BE VACATED AND THE INTERIM CASH COLLATERAL ORDER WILL BECOME THE FINAL ORDER.

Page 1 of 1

Case 2:20-bk-01335-PS    Doc 36    Filed 02/27/20    Entered 02/28/20 13:16:03    Desc
Main Document      Page 1 of 1                                    02/28/2020  1:15:49PM